ACCEPTED
01-15-00197-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 1:35:39 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2012-33464-A

| | | |
|---|---|---|
| **LETICIA B. LOYA** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HARRY L. TINDALL,** | § | |
| **INDIVIDUALLY,** | § | |
| **AND TINDALL & ENGLAND** | § | |
| | § | |
| **Defendants.** | § | **190th JUDICIAL DISTRICT** |

1st COURT OF APPEALS
HOUSTON, TEXAS
3/12/2015 1:35:39 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Leticia B. Loya, Plaintiff in the above-named case, hereby appeals to the First or the Fourteenth Houston Court of Appeals from the district court's order granting the Amended Motions to Dismiss Based on Mandatory Forum Selection Clauses of Vitol, Inc., Michael Metz, and Antonio Maarraoui signed December 9, 2014; as well as the district court's order granting Miguel Loya's Motion to Dismissed Based on a Mandatory Forum Selection Clause signed January 15, 2015.[1]

---

[1] The District Court signed the Order of Severance rendering these final and appealable orders on January 26, 2015 and an Amended Severance Order clarifying the docket number.

1

Respectfully submitted,

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8605 (FAX)


By:   /s/ Jennifer Job
            Jennifer Job
            State Bar No. 24050682
            James E. Payne
            State Bar No. 00788171

ATTORNEY FOR PLAINTIFF


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to all known counsel of record via EFILE and/or certified mail, return receipt requested on this 25th day of February, 2015.


            /s/ Jennifer Job
Jennifer Job

2